NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CF CRESPE LLC,**
*Appellant*

**v.**

**SILICON LABORATORIES INC.,**
*Appellee*

_____

2017-1072

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-00615.

_____

**JUDGMENT**

_____

CRAIG ROBERT SMITH, Lando & Anastasi, LLP, Cambridge, MA, argued for appellant. Also represented by ERIC P. CARNEVALE.

PETER J. AYERS, Law Office of Peter J. Ayers, Austin, TX, argued for appellee.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, SCHALL, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 December 7, 2017                     /s/ Peter R. Marksteiner
        Date                              Peter R. Marksteiner
                                         Clerk of Court